# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MILTON SYKES,<br><br>    Petitioner,<br><br>    v.<br><br>KATHLEEN L. DICKINSON,<br><br>    Respondent. | No. CV 11-742-SVW (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: February 16, 2011

                                              STEPHEN V. WILSON
                                   UNITED STATES DISTRICT JUDGE